UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| COLBY DOUCETTE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:20-cv-00008-LEW |
| | ) | |
| AROOSTOOK COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 25, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's Complaint. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is DISMISSED.

**SO ORDERED.**

Dated this 18th day of May, 2020.

                                                       /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE